Brian T. Kiolbasa, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCI COLLABORATION, LLC, a Florida limited liability company, NIKKI BUZZETTA and KEN LUNA,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SPORTS CAR INTERNATIONAL, LLC, an Oregon limited liability company, and JOHN MICHIAL SHUMATE,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:20-cv-00170-AC<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**<br><br>(Expedited Consideration Requested) |

### I. **LR 7-1 CERTIFICATE OF CONFERRAL**

Counsel for plaintiffs certifies that he has conferred with counsel for defendants, and that defendants do not oppose this Motion.

### II. **MOTION**

Pursuant to LR 83-11, Brian T. Kiolbasa and Lane Powell PC, as counsel for plaintiffs SCI Collaboration, LLC, Nikki Buzzetta, and Ken Luna (collectively, "plaintiffs") respectfully moves the Court for leave to withdraw as counsel for plaintiffs in this matter. In support of this Motion, counsel submits the Declaration of Brian T. Kiolbasa ("Kiolbasa Decl.").

PAGE 1 –   MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 Fax: 503.778.2200

719319.0001/8305121.1

Good cause exists for counsel's withdrawal from representation of plaintiffs in this matter. (Kiolbasa Decl. ¶¶ 3-4.)

There is no trial date currently set in this matter, and withdrawal will not cause unnecessary delay or disruption of this lawsuit. (Kiolbasa Decl. ¶¶ 5-6.)

Plaintiffs are aware of this Motion, and likewise have been counseled regarding the possibility of withdrawal. (Kiolbasa Decl. ¶ 7.)

If this Motion is granted, the Court and parties can direct all future service and communications in this matter as follows:

> Ms. Nikki Buzzetta
> SCI Collaboration, LLC
> 7827 Blue Sage Way
> Parkland, Florida 33076
> buzznikki25@gmail.com
>
> Mr. Ken Luna
> SCI Collaboration, LLC
> 4410 Westheimer Rd., Apt. 2301
> Houston, Texas 77027
> ken.safsllc@gmail.com

### III. CONCLUSION

For the foregoing reasons, the undersigned counsel respectfully requests that the Court enter an Order granting them leave to withdraw as counsel for plaintiffs.

DATED: January 6, 2021

LANE POWELL PC

By:  s/ Brian T. Kiolbasa
Brian T. Kiolbasa, OSB No. 112890
Telephone: 503.778.2100
Attorneys for Plaintiffs

PAGE 2 – MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 Fax: 503.778.2200

719319.0001/8305121.1