Brian T. Kiolbasa, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCI COLLABORATION, LLC, a Florida limited liability company, NIKKI BUZZETTA and KEN LUNA,<br><br>                  Plaintiffs,<br><br>    v.<br><br>SPORTS CAR INTERNATIONAL, LLC, an Oregon limited liability company, and JOHN MICHIAL SHUMATE,<br><br>                  Defendant. | Case No. 3:20-cv-00170-AC<br><br>**DECLARATION OF BRIAN T. KIOLBASA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

I, Brian T. Kiolbasa, declare and state as follows:

1. I am one of the attorneys for plaintiffs SCI Collaboration, LLC, Nikki Buzzetta and Ken Luna (collectively, "plaintiffs") in the above-captioned matter. I have personal knowledge of the facts set forth below, and make this declaration in support of Motion for Leave to Withdraw as Counsel for Plaintiffs. If called as a witness, I could and would competently testify to the statements set forth herein.

PAGE 1 –   DECLARATION OF BRIAN T. KIOLBASA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

719319.0001/8305287.1

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 Fax: 503.778.2200

2.  My firm currently serves as counsel for plaintiffs in this case through the undersigned. I request that the Court grant this Motion on an expedited basis, consistent with LR 83-11(a).

3.  I represent that there is good cause to withdraw from this case. However, I believe my ethical obligations to maintain client confidences prevents me from disclosing those reasons.

4.  I further represent that the basis for seeking withdrawal is consistent with the Court's Local Rules, the applicable Rules of Professional Conduct, and relevant case law.

5.  I believe withdrawal of my representation, if granted, will not unnecessarily delay or disrupt this case and the administration of justice. Plaintiffs' Amended Complaint was filed on November 30, 2020. (ECF No. 31.) Defendants' response to the Amended Complaint is due on January 8, 2021. (ECF No. 34.) Additionally, the Court has scheduled a telephonic status conference for January 20, 2021. (ECF No. 32.)

6.  No trial date has been set in this matter.

7.  Plaintiffs have been made aware of the possibility of withdrawal through a series of written communications, including those dated November 3, 2020; December 8, 2020; December 15, 2020; December 17, 2020; and December 29, 2020. Additionally, plaintiffs were made aware of this Motion on January 5, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of January, 2021.

                                           s/ Brian T. Kiolbasa
                                           Brian T. Kiolbasa

PAGE 2 – DECLARATION OF BRIAN T. KIOLBASA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

719319.0001/8305287.1

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 Fax: 503.778.2200